UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH ANN HOLLAND,              Case No. 24-cv-12296

      Plaintiff,              Hon. F. Kay Behm
v.                           United States District Judge

FAMILY DOLLAR STORES OF
MICHIGAN, a Foreign Limited
Liability Company, and FAMILY
DOLLAR STORES OF
MICHIGAN, INC.,

      Defendants.
_____ /

## **<u>JUDGMENT</u>**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's opinion and order granting summary judgment to Defendant entered this same day, this civil action is **DISMISSED WITH PREJUDICE**.  This is a final order and closes the case.

    **SO ORDERED**.

Date: February 4, 2026        <u>s/F. Kay Behm</u>
                          F. Kay Behm
                          United States District Judge

1
